Mark D. Tolman (10793)
Jones, Waldo, Holbrook & McDonough, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Tel: (801) 521-3200
Fax: (801) 328-0537
mtolman@joneswaldo.com

*Attorneys for Defendant Blue Cross Blue Shield*
*of North Carolina and Blue Options PPO*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CARL A. BOGGS, III and LEAH BOGGS, <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, and BLUE OPTIONS PPO, <br><br> Defendants. | **NOTICE OF APPEARANCE** <br><br> Case No.: 2:20-cv-00632 <br><br> Magistrate Judge Cecilia M. Romero |

PLEASE TAKE NOTICE that Mark D. Tolman of the law firm of Jones, Waldo, Holbrook & McDonough PC, hereby enters his appearance as counsel for Defendants Blue Cross Blue Shield of North Carolina and Blue Options PPO. Please send copies of all filings, pleadings, and any other documents pertaining to the above matter to be served on defendant to the following:

>Mark D. Tolman (USB #10793)
>JONES WALDO HOLBROOK & McDONOUGH PC
>170 South Main Street, Suite 1500
>Salt Lake City, Utah 84101
>Telephone: (801) 521-3200
>mtolman@joneswaldo.com

1727726.1

DATED this 19th day of February 2021.

                                      JONES WALDO HOLBROOK & McDONOUGH PC

                                      By: /s/ *Mark D. Tolman*
                                          Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of February 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

G. Eric Nielson
Laura C. Nielson
G. ERIC NIELSON
4790 S. Holladay Blvd.
Salt Lake City, UT 84117
ericnielson@ericnielson.com
lauranielson@ericnielson.com

                                      By: /s/ *Mark D. Tolman*