Mark D. Tolman (10793)
Jones, Waldo, Holbrook & McDonough, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Tel: (801) 521-3200
Fax: (801) 328-0537
mtolman@joneswaldo.com

*Attorneys for Defendant Blue Cross Blue Shield
of North Carolina and Blue Options PPO*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CARL A. BOGGS, III and LEAH BOGGS, <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, and BLUE OPTIONS PPO, <br><br> Defendants. | **MOTION FOR PRO HAC VICE ADMISSION** <br><br> Case No.: 2:20-cv-00632 <br><br> Magistrate Judge Cecilia M. Romero |

I hereby move for the pro hac vice admission of Chad D. Hansen as counsel for defendants Blue Cross and Blue Shield of North Carolina and Blue Options PPO, and I consent to serve as local counsel. The Application and Proposed Order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing.

DATED this 19th day of February 2021.

                                                  JONES WALDO HOLBROOK & McDONOUGH PC

                                                  By: /s/ *Mark D. Tolman*
                                                      Attorneys for Defendants

1727711.1

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 19th day of February 2021, I electronically filed the foregoing **MOTION FOR PRO HAC VICE ADMISSION** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    G. Eric Nielson
    Laura C. Nielson
    G. ERIC NIELSON
    4790 S. Holladay Blvd.
    Salt Lake City, UT 84117
    ericnielson@ericnielson.com
    lauranielson@ericnielson.com

By: /s/ *Mark D. Tolman*

2

1727711.1