

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Mark D. Tolman |
| Firm: | Jones Waldo Holbrook & McDonough, PC |
| Address: | 170 S. Main Street, Suite 1500 |
| | Salt Lake City, Utah 84101 |
| Telephone: | (801) 521-3200 |
| Email: | mtolman@joneswaldo.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Chad D. Hansen |
| Firm: | Kilpatrick Townsend & Stockton LLP |
| Address: | 1001 West Fourth Street |
| | Winston-Salem, NC 27101 |
| Telephone: | (336) 607-7308 |
| Email: | chadhansen@kilpatricktownsend.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| North Carolina | 32713 | 2004 |
| Virginia | 96705 | 2020 |
| | | |
| | | |
| | | |
| | | |

1

| | Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|  |

### LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

/s/ Chad D. Hansen
Signature

02/19/2021
Date