IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CARL A. BOGGS, III and LEAH BOGGS, <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, and BLUE OPTIONS PPO, <br><br> Defendants. | ORDER GRANTING PRO HAC VICE ADMISSION <br><br> Case No: 2:20-cv-00632-DBB-CMR |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Chad D. Hansen. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this \_\_\_\_ day of February, 2021.

BY THE COURT:

_____
Magistrate Judge Cecilia M. Romero

1727706.1