# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CARL A. BOGGS, III and LEAH BOGGS,<br><br>      Plaintiffs,<br><br>vs.<br><br>BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, and BLUE OPTIONS PPO,<br><br>      Defendants. | Case No. 2:20-cv-00632-DBB-CMR<br><br>**DECLARATION OF LYNN CHARBONNEAU** |

I, Lynn Charbonneau, hereby declare and state as follows:

1.       I am over the age of twenty one, and am fully competent to testify about the facts set forth in this declaration.

2.       I am employed as a paralegal by Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend"), which is out-of-state counsel for Blue Cross and Blue Shield of North Carolina for this matter. I am familiar with the facts set forth in this declaration and make this declaration based on my own personal knowledge and on review of publicly available documents that are attached as exhibits to this declaration.

3.       Attached as Exhibit A to this declaration is a true and accurate pdf. copy of the Boggs Group's public website as it appeared on February 2, 2021.

4.      Attached as Exhibit B to this declaration is a true and accurate pdf. copy of the results of a search of the Utah Secretary of State's website for "Boggs" conducted on February 19, 2021.

5.      Attached as Exhibit C to this declaration is a true and accurate copy of Articles of Amendment filed with the North Carolina Secretary of State on November 20, 2019, which was obtained from the North Carolina Secretary of State's website on February 1, 2021.

6.      Attached as Exhibit D to this declaration is a true and accurate copy of a Statement of Change of Registered Office and/or Registered Agent filed on January 29, 2016, which was obtained from the North Carolina Secretary of State's website on February 2, 2021.

7.      Attached as Exhibit E to this declaration is a true and accurate pdf. copy of HopeWay's public webpage for its campus, which copy was obtained on February 19, 2021.

8.      Attached as Exhibit F to this declaration is a true and accurate copy of the Federal Court Management Statistics—Comparison Within Circuit publication that reported as of June 30, 2020, in which a Kilpatrick Townsend employee has highlighted the statistics referred to in the motion to which this exhibit relates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  February 22, 2021            _____ *
                                                        Lynn Charbonneau

---

* Original signature page is maintained at the office of Defendant's counsel.

# EXHIBIT A

EXHIBIT A






# Boggs Contracting Inc

Your one-stop-shop for all site work needs, from land clearing, grading, storm drainage, sanitary utilities to concrete and asphalt paving.

We operate across the Carolinas with multiple milling, paving and concrete crews. On any given day, our crews are working on parking lots, runways, highways, bridges, intersections and sidewalks.



## What We Do

### Heavy Highway/Civil

Highway Asphalt Paving, Concrete Work, Bridges, and Utilities.

### Private/Commercial

Asphalt Paving, Concrete Flatwork, Curb & Gutter, Stripes & Signage and Parking Lots.

### Surveying & Grading



Privacy • Terms

Design-Build Surveying, Pavement Design, and Precision Grading.

# NC & SC – Construction Company









Privacy · Terms

Boggs Contracting Inc, is a licensed and insured construction company that is able to fulfill projects of any size. We operate across the Carolinas with multiple milling, paving and concrete crews. On any given day, our crews are hard at work, working on parking lots, runways, highways, bridges, intersections and sidewalks. From land clearing, grading, and storm and sanitary utilities to concrete and asphalt paving we do it all. With numerous asphalt plants throughout the Carolinas we provide our community with all of their asphalt needs. Our teams have constructed and managed intricate projects including the new Monroe Expressway, I-77 interchange improvements, resurfacing of I-485, along with countless more. Our goal is to ensure the safety of all drivers and connect people and places across the region.

Overall, we believe in the concept of teamwork from top management to entry-level positions. It's not uncommon to see your superiors at a job site with their boots on and their sleeves rolled up! Boggs has received numerous accolades for quality and innovation in the paving industry since the company's formation.

We believe in investing in future growth, so they have never hesitated to acquire the newest equipment technology or to provide continuing education and training for all employees. Striving for quality is important to the entire Boggs family.

In 1994, we launched Boggs Paving, Inc. with a vision of creating a modern organization comprised of top-notch professionals and skilled craft persons. Drawing knowledge and experience from Carl A. Boggs, Jr, founder of Boggs/Vaughn Contracting, we create an environment for camaraderie, growth, innovation, and quality every day.

# Boggs Group Projects

## Public Projects

Privacy · Terms



>> Fort Mill Bypass, US 74 ByPass, Price Dairy Road Culvert, Gulledge Park Road Culvert, Idlewild Road Widening, , I-20 (Florence and Columbia), I-26 Widening, I-77 in SC, US 220, US 1 in Rockingham, SC 9 in Bennettsville, NC 218 in Monroe & North Air Force Base (North SC)

>> ## Municipal Projects

Goldmine Road Extension, Charlotte Monroe Executive Airport Runway, Myrtle Beach Airport Runway Resurfacing, Indian Trail Residential Streets

>> ## Commercial Projects

CostCo – Matthews, Wal-Mart – Columbia, Telladyne Allvac, Charlotte Pipe and Foundry, Harris Teeter Distribution – Indian Trail &Harris Teeter HQ – Matthews



# 25

### YEARS ESTABLISHED

# 425

**CURRENT EMPLOYEES**

"Boggs Group is proud to serve the Carolinas in connecting our local communities. We are American owned and operated and take great pride in maintaining a safe work environment for our entire team and general public."

**CHRIS BOGGS – CEO – BOGGS CONTRACTING, INC.**

Privacy · Terms



# REQUEST A PROPOSAL

Name

Phone Number

Email Address

Message

SUBMIT

Map data ©2021 Google

# OUR TEAM

» Boggs Contracting

» Lynches River Contracting

» Boggs Materials

» Boggs Transport

» Contracting Management Services



Privacy · Terms

# SERVICES

» Materials

» Paving

» Structures

» Grading

» Transport

» Utilities

» Surveying

# ABOUT

» Blog/ News

» Careers

» Contact

# CONTACT

Corporate office

**Address:** 1613 W. Roosevelt Blvd. Monroe, NC 28110

**Phone:** (704) 289-8482

Materials

**Address:** Materials: 2318 Concord HWY Monroe, NC 28110

**Phone:** (704) 225-1614

Privacy - Terms

COPYRIGHT 2020 – BOGGS GROUP INC.

Privacy • Terms

Case 1:22-cv-00084-TDS-JEP  Document 7-1  Filed 02/22/21  Page 11 of 37

# EXHIBIT B

**EXHIBIT B**

## Search Results for "Boggs"

| Business Name: | Name | Status | Type |
| --- | --- | --- | --- |
| City | | | |
| BOGGS LANDSCAPE & MORE | Expired | DBA | Parowan |
| BOGGS PHOTOGRAPHY | Expired | DBA | West Jordan |

Total Results: 2

Privacy - Terms

# EXHIBIT C

**EXHIBIT C**

SOSID: 0347754
Date Filed: 11/20/2019 12:53:00 PM
Effective: 12/1/2019
Elaine F. Marshall
North Carolina Secretary of State
C2019 323 00916

**State of North Carolina**
**Department of the Secretary of State**

### ARTICLES OF AMENDMENT
### BUSINESS CORPORATION

Pursuant to §55-10-06 of the General Statutes of North Carolina, the undersigned corporation hereby submits the following Articles of Amendment for the purpose of amending its Articles of Incorporation.

1. The name of the corporation is: _Boggs Paving, Inc._

2. The text of each amendment adopted is as follows (*State below or attach*):

   _Change to: "Boggs Contracting, Inc."_

3. If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment, if not contained in the amendment itself, are as follows:

   _N/A_

4. The date of adoption of each amendment was as follows: _November 19, 2019_

5. (Check either a, b, c, or d, whichever is applicable)

   a. ☐ The amendment(s) was (were) duly adopted by the incorporators prior to the issuance of shares.

   b. ☐ The amendment(s) was (were) duly adopted by the board of directors prior to the issuance of shares.

   c. ☐ The amendment(s) was (were) duly adopted by the board of directors without shareholder action as shareholder action was not required because (*set forth a brief explanation of why shareholder action was not required.*)

   d. ☒ The amendment(s) was (were) approved by shareholder action, and such shareholder approval was obtained as required by Chapter 55 of the North Carolina General Statutes.

BUSINESS REGISTRATION DIVISION        P. O. BOX 29622        RALEIGH, NC 27626-0622
(*Revised July 2017*)                                                            (*Form B-02*)

6. These articles will be effective upon filing, unless a delayed time and date is specified:

December 1, 2019

This the 19th day of November , 20 19

Boggs Paving, Inc.
Name of Corporation

Bernard Freismuth
Signature

BERNARD FREISMUTH - PRESIDENT
Type or Print Name and Title

NOTES:
1. Filing fee is $50. This document must be filed with the Secretary of State.

BUSINESS REGISTRATION DIVISION          P. O. BOX 29622          RALEIGH, NC 27626-0622
(Revised July 2017)                                                         (Form B-02)

# EXHIBIT D

**EXHIBIT D**

## STATE OF NORTH CAROLINA
### DEPARTMENT OF THE SECRETARY OF STATE

### STATEMENT OF CHANGE OF REGISTERED
### OFFICE AND/OR REGISTERED AGENT

Pursuant to §55D-31 of the General Statutes of North Carolina, the undersigned entity submits the following for the purpose of changing its registered office and/or registered agent in the State of North Carolina.

### INFORMATION CURRENTLY ON FILE

The name of the entity is: Boggs Paving, Inc.

Entity Type: ☑Corporation, ☐Foreign Corporation, ☐Nonprofit Corporation, ☐Foreign Nonprofit Corporation,
☐Limited Liability Company, ☐Foreign Limited Liability Company ☐Limited Partnership, ☐Foreign Limited Partnership,
☐Limited Liability Partnership, ☐Foreign Limited Liability Partnership

The street address and county of the entity's registered office currently on file is:

Number and Street: 1613 W. Roosevelt Blvd.

City, State, Zip Code: Monroe, NC 28110          County: Union

The mailing address *if different from the street address* of the registered office currently on file is:
P.O. Box 1609, Monroe, NC 28111-1609

The name of the current registered agent is: Carl A. Boggs, III

### NEW INFORMATION

1. The street address and county of the new registered office of the entity is:
   *(complete this item only if the address of the registered office is being changed)*

   Number and Street: _____

   City, State, Zip Code: _____ County: _____

2. The mailing address *if different from the street address* of the new registered office is:
   *(complete this item only if the address of the registered office is being changed)*

3. The name of the new registered agent and the new agent's consent to appointment appears below:
   *(complete this item only if the name of the registered agent is being changed)*

   D. Christopher Boggs
   _____                    _____
   *Type or Print Name of New Agent*                 *Signature & Title*

4. The address of the entity's registered office and the address of the business office of its registered agent, as changed, will be identical.

5. This statement will be effective upon filing, unless a date and/or time is specified: _____

   This is the 4th day of January, 2016.

   Boggs Paving, Inc.
   _____
   *Entity Name*

   _____
   *Signature*

   D. Christopher Boggs, President
   *Type or Print Name and Title*

Notes:  Filing fee is $5.00. This document must be filed with the Secretary of State.
* Instead of signing here, the new registered agent may sign a separate written consent to the appointment, which must be attached to this statement.

CORPORATIONS DIVISION              P. O. BOX 29622              RALEIGH, NC 27626-0622
Revised January 2002                                            Form BE-06

# EXHIBIT E

**EXHIBIT E**





1    2    3    4    5    6    7

# Campus

HopeWay is located at 1717 Sharon Road West in southwest Charlotte on a 20-acre wooded campus. The centerpiece is a 52,000 square foot building that was renovated and designed by

We are currently accepting admissions into our Residential, Partial Hospitalization and Evening Intensive Outpatient Programs. To inquire about services or make a referral, please contact the Admissions Team at 980-859-2106 or by submitting an Inquiry Form here.
To aid in social distancing, we will continue to offer Virtual Day IOP. For more information, click here. Thank you for your understanding and interest in HopeWay!

## HOPEWAY

- Art Therapy Center

- George C. Covington Library

- Faith Center for reflection, education and meditation

- Group Therapy Spaces

## Included on the 20-acre campus:

- 13,800 square foot Gym

- Fitness Room

- Music Therapy Room

- Walking Trails

- Greenhouse and Gardens

- Meditation Pavilion



36
bedrooms

We are currently accepting admissions into our Residential, Partial Hospitalization and Evening Intensive Outpatient Programs. To inquire about services or make a referral, please contact the Admissions Team at 980-859-2106 or by submitting an Inquiry Form here.
To aid in social distancing, we will continue to offer Virtual Day IOP. For more information, click here. Thank you for your understanding and interest in HopeWay!

# ⊞ HOPEWAY



We are currently accepting admissions into our Residential, Partial Hospitalization and Evening Intensive Outpatient Programs. To inquire about services or make a referral, please contact the Admissions Team at 980-859-2106 or by submitting an Inquiry Form here.

To aid in social distancing, we will continue to offer Virtual Day IOP. For more information, click here. Thank you for your understanding and interest in HopeWay!



## Our Mission

Making HOPE tangible by inspiring mental wellness for all.

We are currently accepting admissions into our Residential, Partial Hospitalization and Evening Intensive Outpatient Programs. To inquire about services or make a referral, please contact the Admissions Team at 980-859-2106 or by submitting an Inquiry Form here.

To aid in social distancing, we will continue to offer Virtual Day IOP. For more information, click here. Thank you for your understanding and interest in HopeWay!

# HOPEWAY



Walk around our campus through the Virtual Tour.

JOIN OUR NEWSLETTER:

| Email Address | SUBMIT |
|---------------|--------|

Donate Referrals News

HopeWay Campus

We are currently accepting admissions into our Residential, Partial Hospitalization and Evening Intensive Outpatient Programs. To inquire about services or make a referral, please contact the Admissions Team at 980-859-2106 or by submitting an Inquiry Form here.
To aid in social distancing, we will continue to offer Virtual Day IOP. For more information, click here. Thank you for your understanding and interest in HopeWay!



Case 1:22-cv-00084-TDS-JEP   Document 7-1   Filed 02/22/21   Page 25 of 37

# EXHIBIT F

**EXHIBIT F**

**Comparison of Districts Within the First Circuit — 12-Month Period Ending September 30, 2020**

| | | | ME | MA | NH | RI | PR |
|---|---|---|---:|---:|---:|---:|---:|
| **Overall Caseload Statistics** | Filings | | 657 | 3,554 | 1,458 | 753 | 1,746 |
| | Terminations | | 642 | 3,457 | 696 | 749 | 2,286 |
| | Pending | | 789 | 4,865 | 3,187 | 934 | 3,773 |
| | Percent Change in Total Filings Current Year | Over Last Year | -29.4 | -11.8 | -15.1 | -10.6 | -38.3 |
| | | Over 2015 | -26.7 | -38.7 | 71.9 | 6.8 | -45.1 |
| | Number of Judgeships | | 3 | 13 | 3 | 3 | 7 |
| | Vacant Judgeship Months [1] | | 0.0 | 24.0 | 0.0 | 0.0 | 12.0 |
| **Actions per Judgeship** | Filings | Total | 219 | 273 | 486 | 251 | 249 |
| | | Civil | 167 | 213 | 403 | 194 | 109 |
| | | Criminal Felony | 34 | 42 | 66 | 46 | 103 |
| | | Supervised Release Hearings | 18 | 18 | 17 | 11 | 37 |
| | Pending Cases | | 263 | 374 | 1,062 | 311 | 539 |
| | Weighted Filings [1] | | 196 | 281 | 417 | 259 | 236 |
| | Terminations | | 214 | 266 | 232 | 250 | 327 |
| | Trials Completed | | 15 | 8 | 13 | 2 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.3 | 13.3 | 10.9 | 12.7 | 18.8 |
| | | Civil [1] | 8.6 | 11.2 | 8.1 | 9.2 | 13.9 |
| | From Filing to Trial [1] (Civil Only) | | - | 30.6 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 11<br>2.2 | 674<br>17.6 | 149<br>5.1 | 79<br>10.6 | 244<br>14.7 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.7 | 1.3 | 1.4 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 64.0 | 55.3 | 64.9 | 49.2 | 77.4 |
| | | Percent Not Selected or Challenged | 32.0 | 28.5 | 32.6 | 53.2 | 29.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Second Circuit — 12-Month Period Ending September 30, 2020**

| | | | CT | NY,N | NY,E | NY,S | NY,W | VT |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,538 | 2,338 | 7,478 | 13,168 | 3,643 | 450 |
| | Terminations | | 2,625 | 2,202 | 7,315 | 12,855 | 3,586 | 513 |
| | Pending | | 2,953 | 2,699 | 12,138 | 18,857 | 4,490 | 533 |
| | Percent Change in Total Filings Current Year | Over Last Year | -11.8 | -2.5 | -15.2 | -12.1 | -7.8 | -22.1 |
| | | Over 2015 | -1.4 | -3.9 | -15.6 | 5.9 | 21.9 | -22.3 |
| | Number of Judgeships | | 8 | 5 | 15 | 28 | 4 | 2 |
| | Vacant Judgeship Months [1] | | 12.0 | 12.0 | 34.2 | 43.7 | 2.1 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 317 | 468 | 499 | 470 | 911 | 225 |
| | | Civil | 255 | 381 | 435 | 407 | 697 | 116 |
| | | Criminal Felony | 43 | 61 | 42 | 42 | 107 | 66 |
| | | Supervised Release Hearings | 20 | 25 | 22 | 22 | 108 | 44 |
| | Pending Cases | | 369 | 540 | 809 | 673 | 1,123 | 267 |
| | Weighted Filings [1] | | 309 | 367 | 484 | 536 | 631 | 213 |
| | Terminations | | 328 | 440 | 488 | 459 | 897 | 257 |
| | Trials Completed | | 6 | 7 | 9 | 11 | 9 | 14 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.8 | 9.7 | 20.7 | 15.6 | 10.1 | 12.8 |
| | | Civil [1] | 9.2 | 8.6 | 8.6 | 6.6 | 14.7 | 9.6 |
| | From Filing to Trial [1] (Civil Only) | | 33.4 | - | 41.6 | 31.4 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 126 | 219 | 1,668 | 2,771 | 459 | 36 |
| | | | 5.8 | 11.2 | 18.5 | 19.8 | 12.5 | 12.3 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.1 | 1.4 | 1.8 | 1.2 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 66.4 | 33.7 | 100.5 | 101.0 | 166.3 | 51.0 |
| | | Percent Not Selected or Challenged | 3.7 | 18.2 | 44.5 | 65.6 | 58.1 | 22.9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Third Circuit — 12-Month Period Ending September 30, 2020**

| | | | DE | NJ | PA,E | PA,M | PA,W | VI |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,021 | 20,710 | 7,770 | 2,931 | 3,679 | 319 |
| | Terminations | | 2,195 | 11,064 | 6,436 | 2,772 | 3,285 | 310 |
| | Pending | | 2,431 | 46,609 | 9,686 | 3,834 | 3,440 | 1,361 |
| | Percent Change in Total Filings Current Year | Over Last Year | -23.6 | -20.7 | -6.9 | 1.5 | 4.4 | 4.2 |
| | | Over 2015 | 40.5 | 92.1 | -29.1 | -4.8 | 12.3 | -3.3 |
| | Number of Judgeships | | 4 | 17 | 22 | 6 | 10 | 2 |
| | Vacant Judgeship Months [1] | | 0.0 | 72.0 | 29.2 | 1.2 | 47.7 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 505 | 1,218 | 353 | 489 | 368 | 160 |
| | | Civil | 480 | 1,156 | 327 | 403 | 294 | 111 |
| | | Criminal Felony | 22 | 53 | 20 | 75 | 62 | 47 |
| | | Supervised Release Hearings | 4 | 10 | 6 | 12 | 12 | 3 |
| | Pending Cases | | 608 | 2,742 | 440 | 639 | 344 | 681 |
| | Weighted Filings [1] | | 903 | 860 | 306 | 432 | 341 | - |
| | Terminations | | 549 | 651 | 293 | 462 | 329 | 155 |
| | Trials Completed | | 21 | 4 | 5 | 17 | 17 | 20 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 7.5 | 8.7 | 13.3 | 20.0 | 14.3 | 14.3 |
| | | Civil [1] | 6.4 | 9.9 | 5.7 | 10.6 | 5.6 | 14.2 |
| | From Filing to Trial [1] (Civil Only) | | 28.4 | 37.1 | 20.0 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 262 | 2,762 | 1,524 | 287 | 70 | 162 |
| | | | 11.5 | 6.1 | 18.3 | 10.4 | 3.3 | 34.5 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.1 | 1.2 | 1.5 | 1.6 | 1.6 |
| | Jurors | Avg. Present for Jury Selection | 43.9 | 102.1 | 55.2 | 50.1 | 51.8 | 34.3 |
| | | Percent Not Selected or Challenged | 31.3 | 47.0 | 36.0 | 37.0 | 36.1 | 13.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Fourth Circuit — 12-Month Period Ending September 30, 2020**

| | | | MD | NC,E | NC,M | NC,W | SC | VA,E | VA,W | WV,N | WV,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 4,397 | 3,108 | 1,827 | 2,245 | 5,124 | 4,354 | 1,754 | 1,261 | 1,386 |
| | Terminations | | 3,942 | 2,590 | 1,929 | 2,068 | 4,236 | 3,896 | 1,742 | 1,266 | 3,751 |
| | Pending | | 6,069 | 3,618 | 1,681 | 1,939 | 5,780 | 3,843 | 1,638 | 1,210 | 2,773 |
| | Percent Change in Total Filings Current Year | Over Last Year | -12.0 | -1.9 | -15.7 | 9.2 | 1.3 | -11.9 | -8.7 | -13.7 | -10.2 |
| | | Over 2015 | -11.4 | 10.4 | 1.3 | 11.0 | -17.6 | -11.9 | 5.6 | -3.3 | -92.8 |
| Number of Judgeships | | | 10 | 4 | 4 | 5 | 10 | 11 | 4 | 3 | 5 |
| Vacant Judgeship Months [1] | | | 0.0 | 2.1 | 0.0 | 0.0 | 24.0 | 17.5 | 11.3 | 0.0 | 0.5 |
| **Actions per Judgeship** | Filings | Total | 440 | 777 | 457 | 449 | 512 | 396 | 439 | 420 | 277 |
| | | Civil | 369 | 472 | 291 | 251 | 427 | 300 | 335 | 271 | 198 |
| | | Criminal Felony | 55 | 253 | 112 | 137 | 56 | 65 | 73 | 97 | 52 |
| | | Supervised Release Hearings | 15 | 52 | 54 | 60 | 29 | 31 | 30 | 52 | 27 |
| | Pending Cases | | 607 | 905 | 420 | 388 | 578 | 349 | 410 | 403 | 555 |
| | Weighted Filings [1] | | 385 | 705 | 384 | 407 | 413 | 351 | 350 | 358 | 228 |
| | Terminations | | 394 | 648 | 482 | 414 | 424 | 354 | 436 | 422 | 750 |
| | Trials Completed | | 9 | 27 | 16 | 9 | 10 | 14 | 31 | 12 | 16 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.0 | 11.1 | 7.7 | 10.4 | 13.8 | 7.1 | 11.0 | 10.0 | 8.6 |
| | | Civil [1] | 9.0 | 8.8 | 9.0 | 8.5 | 10.1 | 6.0 | 10.9 | 8.6 | 62.7 |
| | From Filing to Trial [1] (Civil Only) | | - | - | - | - | 23.6 | 11.2 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 566 | 307 | 91 | 71 | 449 | 73 | 31 | 24 | 1,407 |
| | | | 11.8 | 14.2 | 8.2 | 5.9 | 9.7 | 2.8 | 2.7 | 3.1 | 57.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.2 | 1.2 | 1.2 | 1.6 | 1.3 | 1.3 | 1.7 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 54.1 | 43.0 | 40.4 | 36.8 | 55.0 | 66.9 | 46.9 | 79.0 | 39.9 |
| | | Percent Not Selected or Challenged | 34.4 | 35.9 | 22.3 | 33.7 | 43.3 | 52.4 | 21.2 | 50.0 | 10.3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Fifth Circuit — 12-Month Period Ending September 30, 2020**

| | | | LA,E | LA,M | LA,W | MS,N | MS,S | TX,N | TX,E | TX,S | TX,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 4,283 | 1,047 | 2,159 | 953 | 2,344 | 8,444 | 4,254 | 16,372 | 13,593 |
| | Terminations | | 17,236 | 1,464 | 2,034 | 948 | 2,733 | 10,352 | 3,815 | 16,459 | 13,672 |
| | Pending | | 32,974 | 1,678 | 2,569 | 890 | 2,198 | 14,319 | 5,232 | 14,636 | 7,829 |
| | Percent Change in Total Filings Current Year | Over Last Year | -76.3 | -9.1 | 0.2 | -5.4 | -15.9 | 14.0 | 6.5 | -10.1 | -13.4 |
| | | Over 2015 | -24.3 | -8.2 | -39.8 | 9.0 | 13.8 | 4.1 | -24.6 | 13.5 | 21.8 |
| | Number of Judgeships | | 12 | 3 | 7 | 3 | 6 | 12 | 8 | 19 | 13 |
| | Vacant Judgeship Months [1] | | 0.0 | 0.0 | 9.9 | 0.0 | 24.0 | 0.0 | 0.0 | 8.1 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 357 | 349 | 308 | 318 | 391 | 704 | 532 | 862 | 1,046 |
| | | Civil | 334 | 299 | 251 | 279 | 323 | 531 | 392 | 335 | 350 |
| | | Criminal Felony | 19 | 36 | 49 | 23 | 54 | 147 | 139 | 459 | 604 |
| | | Supervised Release Hearings | 5 | 14 | 8 | 15 | 14 | 26 | 1 | 68 | 92 |
| | Pending Cases | | 2,748 | 559 | 367 | 297 | 366 | 1,193 | 654 | 770 | 602 |
| | Weighted Filings [1] | | 299 | 326 | 274 | 264 | 364 | 642 | 605 | 619 | 830 |
| | Terminations | | 1,436 | 488 | 291 | 316 | 456 | 863 | 477 | 866 | 1,052 |
| | Trials Completed | | 6 | 28 | 5 | 15 | 17 | 14 | 14 | 18 | 20 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.8 | 10.5 | 9.4 | 9.2 | 9.2 | 7.6 | 12.0 | 4.2 | 4.4 |
| | | Civil [1] | 36.0 | 24.0 | 11.3 | 9.3 | 7.2 | 13.3 | 8.9 | 8.1 | 6.4 |
| | From Filing to Trial [1] (Civil Only) | | 14.8 | - | - | - | 30.3 | 29.2 | 18.0 | 20.3 | 20.4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 11,902 | 71 | 442 | 18 | 62 | 7,217 | 246 | 313 | 176 |
| | | | 36.6 | 5.1 | 20.2 | 2.4 | 3.6 | 60.0 | 7.6 | 5.5 | 4.8 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.1 | 1.3 | 1.1 | 1.2 | 1.5 | 1.8 | 1.1 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 40.8 | 36.1 | 30.7 | 30.0 | 45.1 | 57.1 | 49.9 | 48.6 | 49.9 |
| | | Percent Not Selected or Challenged | 40.7 | 28.0 | 33.7 | 23.3 | 36.5 | 44.9 | 32.2 | 36.9 | 42.4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Sixth Circuit — 12-Month Period Ending September 30, 2020**

| | | | KY,E | KY,W | MI,E | MI,W | OH,N | OH,S | TN,E | TN,M | TN,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,148 | 1,950 | 4,415 | 2,001 | 5,068 | 8,550 | 1,934 | 1,765 | 1,906 |
| | Terminations | | 1,981 | 1,942 | 4,254 | 1,975 | 4,571 | 3,189 | 1,887 | 1,702 | 1,932 |
| | Pending | | 2,355 | 2,092 | 5,309 | 1,622 | 7,342 | 13,584 | 2,473 | 1,982 | 2,704 |
| | Percent Change in Total Filings Current Year | Over Last Year | -3.9 | -1.8 | -12.9 | 0.8 | -12.8 | 16.9 | -17.7 | -19.1 | -11.7 |
| | | Over 2015 | 16.7 | -6.4 | -25.8 | -3.4 | -16.0 | 40.2 | -14.5 | -19.1 | -10.0 |
| Number of Judgeships | | | 5.5 | 4.5 | 15 | 4 | 11 | 8 | 5 | 4 | 5 |
| Vacant Judgeship Months [1] | | | 0.0 | 0.8 | 2.6 | 12.0 | 20.8 | 16.7 | 7.3 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 391 | 433 | 294 | 500 | 461 | 1,069 | 387 | 441 | 381 |
| | | Civil | 261 | 357 | 241 | 393 | 331 | 977 | 251 | 346 | 255 |
| | | Criminal Felony | 88 | 61 | 41 | 71 | 93 | 71 | 120 | 49 | 73 |
| | | Supervised Release Hearings | 42 | 15 | 13 | 37 | 37 | 21 | 16 | 46 | 53 |
| | Pending Cases | | 428 | 465 | 354 | 406 | 667 | 1,698 | 495 | 496 | 541 |
| | Weighted Filings [1] | | 327 | 383 | 278 | 406 | 401 | 841 | 414 | 401 | 329 |
| | Terminations | | 360 | 432 | 284 | 494 | 416 | 399 | 377 | 426 | 386 |
| | Trials Completed | | 15 | 13 | 7 | 12 | 9 | 26 | 4 | 16 | 25 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.6 | 13.4 | 9.6 | 7.7 | 9.9 | 11.8 | 12.3 | 16.6 | 12.9 |
| | | Civil [1] | 8.7 | 8.4 | 9.0 | 7.4 | 10.3 | 9.7 | 10.0 | 10.3 | 8.7 |
| | From Filing to Trial [1] (Civil Only) | | - | - | 31.0 | - | - | 32.4 | - | 27.1 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 141 | 127 | 340 | 72 | 384 | 588 | 64 | 84 | 154 |
| | | | 9.1 | 8.0 | 8.5 | 5.2 | 6.2 | 4.7 | 4.5 | 5.7 | 10.3 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.2 | 1.2 | 1.4 | 1.4 | 1.6 | 1.2 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 50.3 | 62.9 | 42.5 | 44.5 | 52.3 | 54.1 | 55.5 | 83.9 | 70.5 |
| | | Percent Not Selected or Challenged | 37.2 | 35.3 | 40.8 | 44.6 | 34.5 | 55.6 | 42.5 | 60.0 | 57.8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Seventh Circuit — 12-Month Period Ending September 30, 2020**

| | | | IL,N | IL,C | IL,S | IN,N | IN,S | WI,E | WI,W |
|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 9,479 | 1,954 | 1,866 | 2,655 | 5,489 | 2,587 | 1,427 |
| | Terminations | | 10,122 | 1,654 | 2,015 | 2,729 | 4,212 | 2,290 | 1,328 |
| | Pending | | 15,698 | 2,211 | 2,275 | 2,964 | 11,385 | 2,558 | 1,510 |
| | Percent Change in Total Filings Current Year | Over Last Year | -6.5 | 10.7 | -9.5 | -3.0 | -21.2 | 2.2 | 3.2 |
| | | Over 2015 | -27.2 | 8.6 | -9.9 | 26.9 | 65.8 | 16.9 | 27.3 |
| | Number of Judgeships | | 22 | 4 | 4 | 5 | 5 | 5 | 2 |
| | Vacant Judgeship Months [1] | | 28.4 | 0.0 | 24.0 | 0.0 | 0.0 | 20.3 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 431 | 489 | 467 | 531 | 1,098 | 517 | 714 |
| | | Civil | 387 | 364 | 345 | 441 | 996 | 413 | 596 |
| | | Criminal Felony | 34 | 83 | 81 | 75 | 99 | 73 | 79 |
| | | Supervised Release Hearings | 9 | 43 | 41 | 15 | 3 | 31 | 39 |
| | Pending Cases | | 714 | 553 | 569 | 593 | 2,277 | 512 | 755 |
| | Weighted Filings [1] | | 415 | 402 | 376 | 459 | 880 | 420 | 582 |
| | Terminations | | 460 | 414 | 504 | 546 | 842 | 458 | 664 |
| | Trials Completed | | 5 | 23 | 13 | 14 | 9 | 5 | 15 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 18.1 | 13.9 | 10.6 | 13.7 | 15.2 | 11.7 | 7.6 |
| | | Civil [1] | 10.6 | 10.4 | 13.3 | 11.8 | 7.3 | 7.1 | 7.4 |
| | From Filing to Trial [1] (Civil Only) | | 39.3 | - | - | - | 39.6 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 4,378 32.7 | 114 6.6 | 219 11.7 | 136 5.9 | 2,429 22.8 | 114 5.8 | 60 4.8 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.2 | 1.1 | 1.3 | 1.7 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 51.2 | 51.7 | 27.5 | 41.3 | 31.7 | 42.9 | 30.4 |
| | | Percent Not Selected or Challenged | 45.1 | 45.6 | 10.0 | 36.3 | 30.9 | 39.4 | 11.7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Eighth Circuit — 12-Month Period Ending September 30, 2020**

| | | | AR,E | AR,W | IA,N | IA,S | MN | MO,E | MO,W | NE | ND | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 2,877 | 1,168 | 998 | 1,254 | 3,373 | 3,935 | 3,164 | 1,433 | 793 | 1,308 |
| | | Terminations | 2,343 | 1,149 | 1,041 | 1,174 | 4,358 | 3,836 | 2,854 | 1,418 | 718 | 1,236 |
| | | Pending | 3,207 | 1,082 | 744 | 985 | 3,108 | 3,614 | 3,025 | 1,276 | 881 | 1,057 |
| | Percent Change in Total Filings Current Year | Over Last Year | 5.7 | -8.5 | -9.7 | -8.3 | -16.7 | -25.3 | -2.9 | -9.0 | 0.1 | -10.3 |
| | | Over 2015 | 11.4 | -18.4 | -18.3 | 3.8 | -39.7 | 15.2 | -7.6 | -6.4 | -12.4 | 16.5 |
| | Number of Judgeships | | 5 | 3 | 2 | 3 | 7 | 8 | 6 | 3 | 2 | 3 |
| | Vacant Judgeship Months [1] | | 1.2 | 0.0 | 0.0 | 0.0 | 12.0 | 2.6 | 0.0 | 0.0 | 1.6 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 575 | 389 | 499 | 418 | 482 | 492 | 527 | 478 | 397 | 436 |
| | | Civil | 438 | 293 | 215 | 181 | 377 | 310 | 329 | 227 | 126 | 103 |
| | | Criminal Felony | 119 | 85 | 179 | 172 | 49 | 149 | 147 | 177 | 190 | 202 |
| | | Supervised Release Hearings | 18 | 11 | 106 | 65 | 55 | 33 | 51 | 74 | 81 | 132 |
| | Pending Cases | | 641 | 361 | 372 | 328 | 444 | 452 | 504 | 425 | 441 | 352 |
| | Weighted Filings [1] | | 496 | 341 | 426 | 419 | 398 | 478 | 487 | 454 | 418 | 416 |
| | Terminations | | 469 | 383 | 521 | 391 | 623 | 480 | 476 | 473 | 359 | 412 |
| | Trials Completed | | 14 | 4 | 51 | 43 | 5 | 16 | 23 | 13 | 18 | 42 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 19.0 | 8.3 | 9.0 | 9.4 | 11.1 | 11.5 | 16.2 | 10.2 | 13.6 | 9.6 |
| | | Civil [1] | 10.9 | 10.5 | 7.5 | 7.7 | 14.3 | 5.5 | 6.9 | 8.0 | 11.0 | 11.1 |
| | From Filing to Trial [1] (Civil Only) | | 24.3 | - | - | - | - | - | 23.6 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 42 | 15 | 3 | 15 | 501 | 81 | 126 | 38 | 54 | 62 |
| | | | 2.2 | 2.2 | 0.7 | 3.5 | 18.5 | 4.1 | 8.2 | 5.7 | 17.0 | 15.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.2 | 1.1 | 1.2 | 1.3 | 1.2 | 1.3 | 1.1 | 1.6 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 48.4 | 50.6 | 40.5 | 42.2 | 91.0 | 26.4 | 41.0 | 36.5 | 32.2 | 47.0 |
| | | Percent Not Selected or Challenged | 37.4 | 34.0 | 28.9 | 18.2 | 59.6 | 19.8 | 20.3 | 22.6 | 22.3 | 19.5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Ninth Circuit — 12-Month Period Ending September 30, 2020**

| | | | AK | AZ | CA,N | CA,E | CA,C | CA,S | HI | ID | MT | NV | OR | WA,E | WA,W | GUAM | NMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 554 | 8,614 | 9,988 | 4,897 | 18,048 | 8,721 | 918 | 1,053 | 1,278 | 3,694 | 3,182 | 1,961 | 3,788 | 111 | 50 |
| | Terminations | | 451 | 15,560 | 9,123 | 4,562 | 17,539 | 7,749 | 938 | 1,003 | 1,182 | 3,884 | 2,834 | 2,005 | 3,331 | 112 | 34 |
| | Pending | | 766 | 7,120 | 12,183 | 7,569 | 15,084 | 6,533 | 941 | 1,137 | 1,147 | 5,068 | 3,553 | 1,197 | 3,465 | 386 | 91 |
| | Percent Change in Total Filings Current Year | Over Last Year | -12.9 | -43.7 | 8.8 | -3.2 | 0.4 | -10.7 | -12.5 | -2.5 | 1.8 | 0.2 | -2.2 | -10.9 | -1.7 | -50.0 | 8.7 |
| | | Over 2015 | 3.0 | -11.7 | 43.0 | -14.2 | 9.5 | 4.3 | -8.2 | 3.5 | 7.2 | -4.2 | -2.8 | 11.1 | -2.2 | -19.0 | -16.7 |
| | Number of Judgeships | | 3 | 13 | 14 | 6 | 28 | 13 | 4 | 2 | 3 | 7 | 6 | 4 | 7 | 1 | 1 |
| | Vacant Judgeship Months [1] | | 12.0 | 19.6 | 0.0 | 17.3 | 113.9 | 60.0 | 0.0 | 0.0 | 0.0 | 24.0 | 0.0 | 0.0 | 57.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 185 | 663 | 713 | 816 | 645 | 671 | 230 | 527 | 426 | 528 | 530 | 490 | 541 | 111 | 50 |
| | | Civil | 127 | 268 | 639 | 720 | 588 | 213 | 152 | 303 | 217 | 444 | 371 | 293 | 459 | 44 | 34 |
| | | Criminal Felony | 57 | 292 | 36 | 62 | 37 | 364 | 40 | 160 | 126 | 54 | 89 | 72 | 54 | 38 | 12 |
| | | Supervised Release Hearings | 1 | 103 | 38 | 34 | 20 | 93 | 38 | 65 | 84 | 30 | 70 | 126 | 28 | 29 | 4 |
| | Pending Cases | | 255 | 548 | 870 | 1,262 | 539 | 503 | 235 | 569 | 382 | 724 | 592 | 299 | 495 | 386 | 91 |
| | Weighted Filings [1] | | 201 | 415 | 612 | 698 | 702 | 625 | 213 | 485 | 403 | 469 | 440 | 263 | 470 | - | - |
| | Terminations | | 150 | 1,197 | 652 | 760 | 626 | 596 | 235 | 502 | 394 | 555 | 472 | 501 | 476 | 112 | 34 |
| | Trials Completed | | 7 | 9 | 6 | 6 | 5 | 6 | 8 | 16 | 55 | 11 | 5 | 12 | 8 | 18 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.7 | 4.1 | 12.4 | 20.6 | 15.7 | 5.3 | 8.3 | 10.2 | 8.0 | 16.8 | 12.9 | 11.2 | 10.8 | 13.7 | 10.5 |
| | | Civil [1] | 8.1 | 12.2 | 11.4 | 9.2 | 5.0 | 6.0 | 7.1 | 11.3 | 9.1 | 10.4 | 11.8 | 7.4 | 7.2 | 11.7 | 9.6 |
| | From Filing to Trial [1] (Civil Only) | | - | 32.6 | 44.5 | - | 20.0 | 36.8 | - | - | - | 38.4 | 35.0 | - | 18.1 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 53 | 909 | 925 | 830 | 638 | 755 | 42 | 72 | 68 | 622 | 190 | 39 | 96 | 107 | 15 |
| | | | 12.6 | 18.8 | 8.4 | 14.3 | 5.5 | 25.6 | 7.7 | 10.2 | 9.9 | 15.7 | 7.1 | 5.0 | 3.5 | 34.4 | 30.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.0 | 1.2 | 1.4 | 1.4 | 1.1 | 1.3 | 1.1 | 1.2 | 1.3 | 1.2 | 1.3 | 1.6 | 1.1 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 77.2 | 57.0 | 94.8 | 44.4 | 65.9 | 52.8 | 63.0 | 51.0 | 42.7 | 44.3 | 31.9 | 37.8 | 39.6 | 84.5 | 105.7 |
| | | Percent Not Selected or Challenged | 53.6 | 30.6 | 60.7 | 42.9 | 62.3 | 43.6 | 38.4 | 39.7 | 30.4 | 39.0 | 30.7 | 28.0 | 25.6 | 63.3 | 61.2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Tenth Circuit — 12-Month Period Ending September 30, 2020**

| | | | CO | KS | NM | OK,N | OK,E | OK,W | UT | WY |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 4,460 | 2,080 | 4,954 | 1,185 | 624 | 1,884 | 2,270 | 647 |
| | Terminations | | 4,046 | 2,152 | 5,196 | 1,092 | 541 | 1,774 | 2,005 | 565 |
| | Pending | | 3,924 | 2,056 | 3,059 | 1,099 | 648 | 1,636 | 2,635 | 778 |
| | Percent Change in Total Filings Current Year | Over Last Year | 2.0 | -9.2 | -21.5 | -3.5 | 7.0 | 0.1 | -1.0 | 11.4 |
| | | Over 2015 | 20.0 | -58.2 | -21.9 | 9.1 | -4.0 | -4.2 | 6.7 | 3.9 |
| Number of Judgeships | | | 7 | 6 | 7 | 3.5 | 1.5 | 6 | 5 | 3 |
| Vacant Judgeship Months [1] | | | 12.0 | 6.0 | 26.6 | 0.0 | 7.8 | 5.2 | 2.1 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 637 | 347 | 708 | 339 | 416 | 314 | 454 | 216 |
| | | Civil | 551 | 244 | 188 | 205 | 309 | 222 | 252 | 87 |
| | | Criminal Felony | 67 | 67 | 434 | 96 | 89 | 63 | 162 | 74 |
| | | Supervised Release Hearings | 19 | 36 | 86 | 38 | 17 | 29 | 40 | 55 |
| | Pending Cases | | 561 | 343 | 437 | 314 | 432 | 273 | ==527== | 259 |
| | Weighted Filings [1] | | 653 | 314 | 469 | 334 | 405 | 291 | ==449== | 187 |
| | Terminations | | 578 | 359 | 742 | 312 | 361 | 296 | 401 | 188 |
| | Trials Completed | | 12 | 14 | 10 | 10 | 11 | 19 | 8 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.3 | 14.3 | 1.5 | 7.6 | 8.6 | 9.5 | 7.6 | 6.0 |
| | | Civil [1] | 7.6 | 8.2 | 9.0 | 10.8 | 12.6 | 8.3 | ==10.4== | 8.9 |
| | From Filing to Trial [1] (Civil Only) | | 33.9 | 28.3 | - | - | - | 21.3 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 114<br>3.5 | 68<br>5.1 | 118<br>8.9 | 43<br>5.6 | 18<br>3.7 | 53<br>4.6 | 241<br>13.7 | 23<br>8.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.0 | 1.3 | 1.4 | 1.4 | 1.2 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 42.7 | 37.9 | 52.0 | 45.8 | 31.2 | 30.9 | 67.0 | 32.2 |
| | | Percent Not Selected or Challenged | 39.8 | 40.8 | 35.6 | 19.9 | 30.1 | 28.3 | 31.3 | 31.7 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Eleventh Circuit — 12-Month Period Ending September 30, 2020**

| | | | AL,N | AL,M | AL,S | FL,N | FL,M | FL,S | GA,N | GA,M | GA,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,718 | 1,352 | 1,288 | 205,450 | 10,462 | 11,180 | 7,298 | 1,956 | 1,704 |
| | Terminations | | 2,683 | 1,197 | 1,611 | 7,263 | 9,987 | 11,685 | 6,118 | 1,671 | 1,503 |
| | Pending | | 3,336 | 1,675 | 1,012 | 205,260 | 8,767 | 6,152 | 8,760 | 1,960 | 1,803 |
| | Percent Change in Total Filings Current Year | Over Last Year | -12.9 | 8.3 | -12.7 | 3,563.5 | -4.4 | -14.0 | -4.2 | 10.4 | -5.0 |
| | | Over 2015 | -6.9 | 7.2 | 15.9 | 8,907.0 | 2.0 | -6.6 | 17.5 | 12.6 | 8.4 |
| | Number of Judgeships | | 8 | 3 | 3 | 4 | 15 | 18 | 11 | 4 | 3 |
| | Vacant Judgeship Months [1] | | 0.0 | 0.0 | 0.0 | 0.0 | 10.6 | 17.0 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 340 | 451 | 429 | 51,363 | 697 | 621 | 663 | 489 | 568 |
| | | Civil | 263 | 387 | 301 | 51,249 | 585 | 545 | 583 | 370 | 358 |
| | | Criminal Felony | 55 | 50 | 71 | 82 | 88 | 54 | 62 | 107 | 170 |
| | | Supervised Release Hearings | 22 | 13 | 58 | 33 | 24 | 23 | 18 | 13 | 40 |
| | Pending Cases | | 417 | 558 | 337 | 51,315 | 584 | 342 | 796 | 490 | 601 |
| | Weighted Filings [1] | | 307 | 377 | 387 | 35,559 | 603 | 583 | 597 | 443 | 534 |
| | Terminations | | 335 | 399 | 537 | 1,816 | 666 | 649 | 556 | 418 | 501 |
| | Trials Completed | | 16 | 13 | 35 | 23 | 13 | 17 | 11 | 9 | 17 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 8.7 | 8.5 | 8.0 | 7.0 | 7.2 | 6.0 | 10.1 | 11.8 | 9.2 |
| | | Civil [1] | 10.9 | 10.2 | 4.5 | 6.7 | 6.2 | 3.4 | 5.7 | 6.9 | 8.9 |
| | From Filing to Trial [1] (Civil Only) | | - | - | 24.6 | 16.2 | 24.4 | 15.8 | 30.3 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 381 | 168 | 29 | 54 | 409 | 121 | 255 | 55 | 89 |
| | | | 14.8 | 12.6 | 4.5 | 0.0 | 5.9 | 2.5 | 3.5 | 4.4 | 8.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.3 | 1.4 | 1.4 | 1.3 | 1.4 | 1.5 | 1.8 |
| | Jurors | Avg. Present for Jury Selection | 35.3 | 42.1 | 33.6 | 41.4 | 43.2 | 42.4 | 30.0 | 27.5 | 45.2 |
| | | Percent Not Selected or Challenged | 28.7 | 29.0 | 21.6 | 17.8 | 37.5 | 17.4 | 35.5 | 54.6 | 37.2 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."