IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Boggs et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Blue Cross Blue Shield of North Carolina et al., <br><br> Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION** <br><br> Case No. 2:20-cv-0632-DBB-CMR <br><br> District Judge David B. Barlow <br> Magistrate Judge Cecilia M. Romero |

It appearing to the court that Petitioner meets the pro hac vice admission requirements of D.U. Civ R 83-1.1(d), the Motion for the Admission Pro Hac Vice of Chad D. Hansen in the United States District Court, District of Utah (ECF 6) is GRANTED.

DATED this 23 February 2021.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah