IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-cv-00084-UA-JEP

| | |
|---|---|
| CARL A. BOGGS, III, and LEAH BOGGS, </br></br> Plaintiffs, </br></br> vs. </br></br> BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, and BLUE OPTIONS PPO, </br></br> Defendants. | **[PROPOSED] ORDER FOR CONSENT MOTION OF EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** </br></br> Judge Thomas D. Schroeder </br> Magistrate Judge Joi Elizabeth Peake |

The Court, having considered the Plaintiffs' Consent Motion for Extension of Time for Plaintiffs to Respond to Defendant's Motion to Dismiss, and for good cause set forth therein, hereby GRANTS the motion. Plaintiffs shall have up to and including July 1, 2022, to move, oppose, or otherwise respond to Defendant's Motion to Dismiss.

IT IS SO ORDERED this _____ of June 2022.

BY THE COURT:

_____
Judge Joi Elizabeth Peake