IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CARL A. BOGGS, III and LEAH BOGGS, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, and BLUE OPTIONS PPO, <br><br> Defendants. | Civil Action No. 1:22-CV-00084 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

This matter is before the Court on Defendants' Consent Motion for Extension of Time to File a Reply Brief in Support of Defendants' Motion to Dismiss ("Motion"), which request that the Court grant Defendants a seven (7) day extension of time from March 3, 2023 through March 10, 2023, in which to file a reply brief in support of Defendant's Motion to Dismiss. [Doc. 53] Plaintiffs have consented to the relief requested in the Motion.

For the reasons stated in Defendants' Motion, the Court finds and concludes that the Defendants have satisfied the requirements for an extension of time under Rule 6 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that the Motion [Doc. __] is GRANTED. Defendants shall have an extension of time through and including March 10, 2023 in which to file their reply brief in support of their Motion to Dismiss.

This the ____ day of _____, 2023.

_____
Thomas D. Schroeder
Chief District Court Judge