IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CARL A. BOGGS, III, et al. )<br>)<br>v. )<br>)<br>BLUE CROSS BLUE SHIELD OF )<br>NORTH CAROLINA et al. ) | **ORDER APPOINTING MEDIATOR**<br>1:22CV84 |

It appearing to the Court that counsel for the parties have selected CALVIN B. BENNETT, III, Esquire, by agreement, as their mediator;

IT IS ORDERED, pursuant to Local Rule 83.9d(a), that CALVIN B. BENNETT, III, is appointed mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 83.9e(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 83.9f.

Let copies of this order be sent to counsel for the parties and to the mediator.

This, the 29th day of March, 2023.

/s/ John S. Brubaker
John S. Brubaker
Clerk, U. S. District Court