IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-CV-00084

| | |
|---|---|
| **Carl A. Boggs, III and Leah Boggs**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Blue Cross and Blue Shield of North Carolina, and Blue Options PPO**<br><br>**Defendants.** | **Notice of Appearance** |

PLEASE TAKE NOTICE that Elizabeth Vennum of the law firm Hull & Chandler, 1009 East Boulevard Charlotte, NC 28203 hereby files this Notice of Appearance as counsel for Plaintiffs Carl A. Boggs, III and Leah Boggs.

This, the 18th day of July, 2023

### HULL & CHANDLER

By: /s/ Elizabeth Vennum
Elizabeth Vennum
N.C. State Bar No. 49747
Counsel for Defendant
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com

## Certificate of Service

This is to certify that on this date the undersigned filed the foregoing **Notice of Appearance** using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Laura C. Nielson | Caitlin H. Walton |
| G. Eric Nielson | Essex Richards, P.A. |
| G Eric Nielson & Associates | 1701 South Blvd. |
| 4790 S Holladay Blvd | Charlotte, NC 28203-4727 |
| Salt Lake City, UT 84117 | 704-377-4300 |
| 801-652-5698 | cwalton@essexrichards.com |
| lauranielson@ericnielson.com | |
| ericnielson@ericnielson.com | |
| *Counsel for Plaintiffs* | |

Chad Dwight Hansen
Whitney R. Pakalka
Kilpatrick Stockton, LLP
1001 Fourth Street
Winston Salem, NC 27101
(336) 607-7481
chadhansen@kilpatricktownsend.com
wpakalka@kilpatricktownsend.com
*Counsel for Defendants*

This the 18th day of July, 2023.

**Hull & Chandler**

By: */s/ Elizabeth Vennum*
    Elizabeth Vennum