IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:22-cv-00084-UA-JEP

**CARL A. BOGGS, III, and
LEAH BOGGS,**

      Plaintiffs,

vs.

**BLUE CROSS BLUE SHIELD OF
NORTH CAROLINA, and BLUE
OPTIONS PPO,**

      Defendants.

## MOTION TO WITHDRAW

The undersigned Caitlin H. Walton, of the law firm Essex Richards, P.A., pursuant to the Middle District of North Carolina's LR 83.1(e) and with the consent of Plaintiffs Carl A. Boggs, III, and Leah Boggs and of co-counsel for Mr. and Miss Boggs, hereby moves the Court for an order withdrawing as counsel for Plaintiffs in the above-captioned case for the reasons stated in the contemporaneously filed supporting memorandum.

Respectfully submitted, this the 18th day of July, 2023.

    /s/Caitlin H. Walton
    Caitlin H. Walton
    N.C. State Bar No. 49246
    cwalton@essexrichards.com
    **ESSEX RICHARDS, P.A.**
    1701 South Boulevard
    Charlotte, NC 28203
    Phone: (704) 377-4300
    Fax: (704) 372-1357

    *LR 83.1 Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing MOTION TO WITHDRAW was electronically filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following individuals that are registered for service electronically:

*Attorneys for Plaintiffs:*

**Laura Nielson**
G. Eric Nielson & Associates
4790 S. Holladay Blvd.
Holladay, UT 84117
lauranielson@ericnielson.com

**Elizabeth Vennum**
Hull & Chandler, P.A.
1009 East Blvd.
Charlotte, NC 28203
lvennum@lawyercarolina.com

*Attorneys for Defendants:*

**Chad D. Hansen**
**Whitney R. Pakalka**
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
chadhansen@kilpatricktownsend.com
wpakalka@kilpatricktownsend.com

The undersigned hereby certifies that the foregoing MOTION TO WITHDRAW was served on Plaintiffs via email and U.S. Mail, addressed as follows:

**Mr. Carl A. Boggs, III and Miss Leah Boggs**
PO Box 1609
Monroe, NC 28111
DBoggs@boggscontractinginc.com

This the 18th day of July, 2023.

/s/Caitlin H. Walton
Caitlin H. Walton