IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:22-cv-00084-UA-JEP

**CARL A. BOGGS, III, and**
**LEAH BOGGS,**

      Plaintiffs,

vs.

**BLUE CROSS BLUE SHIELD OF**
**NORTH CAROLINA, and BLUE**
**OPTIONS PPO,**

      Defendants.

## ORDER

THIS MATTER is before the Court on Caitlin H. Walton's Motion to Withdraw as counsel for Plaintiffs pursuant to the Middle District of North Carolina's LR 83.1(e) and with the consent of Plaintiffs Carl A. Boggs, III, and Leah Boggs and of co-counsel for Mr. and Miss Boggs. Upon careful review and consideration, the Court will allow the motion.

IT IS, THEREFORE, ORDERED that the motion to withdraw as counsel for Plaintiffs is ALLOWED, and Caitlin H. Walton and the law firm of Essex Richards, P.A. are hereby relieved of all further duties in this matter and removed from the Court's docket and the electronic distribution list.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE