| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:22-CV-00084 |
|---|---|
| Name of Plaintiff(s): CARL A. BOGGS, III AND LEAH BOGGS <br> **VERSUS** <br> Name of Defendant(s): BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, ET AL. | **REPORT** <br> **OF** <br> **MEDIATOR** <br> *(For Placement on the CM/ECF Docket)* |
| Mediator Name: CALVIN B. BENNETT III | |
| Telephone No: 919.844.3989 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: CAL@BENNETT-LAW.COM | |

RECEIVED In This Office JUL 17 2023 CLERK U.S. DISTRICT COURT GREENSBORO, N.C. 1:22CV5

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   - ☒ was held on 7/13/2023 _____ (date)
   - ☐ was NOT held because _____

2. **Attendance**
   - ☒ No objection was made on the grounds that any required attendee was absent.
   - ☐ Objection was made by _____

3. **Outcome**
   - ☐ Complete settlement of the case
   - ☐ Conditional settlement or other disposition
   - ☐ Partial settlement of the case
   - ☐ Recess (*i.e.*, mediation to be resumed at a later date)
   - ☒ Impasse
   - ☐ Additional Information: _____

4. **Settlement Filings.**
   (a) The document(s) to be filed to effect the settlement are _____
       N/A
   (b) The person responsible for filing the document(s) is N/A
   (c) The agreed deadline for filing the document(s) is N/A

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____     7/13/23
Mediator Signature                  Date