IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-CV-00084

| | |
|---|---|
| **Carl A. Boggs, III and Leah Boggs**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Blue Cross and Blue Shield of North Carolina, and Blue Options PPO**<br><br>**Defendants.** | <u>**Order**</u> |

Having considered Plaintiffs' Motion to extend the deadline for filing Objections to the Magistrate Judge's Memorandum, Opinion, and Recommendation from September 3, 2024 to September 17, 2024, the Court finds there is good cause to grant this Motion and therefore the Motion is granted.

This, the _____ day of _____, 2024

_____